AO91 (Rev. 12/03)   Criminal Complaint                                                                                     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:13-po-02104 |

Mirna Elizabeth GOMEZ DE SALMERON
IAE A205 876 132
El Salvador 1972

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 28, 2013** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Mirna Elizabeth GOMEZ DE SALMERON was encountered by Border Patrol Agents near Hidalgo, Texas on February 28, 2013. When questioned as to her citizenship, defendant stated that she was a citizen and national of El Salvador, who had entered the United States illegally on February 28, 2013, by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Gonzalez., Rogelio   Border Patrol Agent
Signature of Complainant

Gonzalez., Rogelio   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 01, 2013                                                    at       McAllen, Texas
Date                                                                             City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge            Title of Judge                                  Signature of Judge